**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------------- X
STEPHEN RADE,
                         Plaintiff,

     vs.

AMERICAN EXPRESS,
                        Defendant.

------------------------------------------------------------- X

Case No. _____

## NOTICE OF REMOVAL OF DEFENDANT AMERICAN EXPRESS

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant American Express National Bank ("American Express"), erroneously named as American Express, hereby removes this action, pending in the Court of Common Pleas for Montgomery County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, on the following grounds:

1. <u>Removal Is Timely</u>. The Complaint in the Action was filed on December 13, 2021. Although American Express has no record of service, American Express has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of the filing of the Complaint, and thus, service could not have been earlier than December 13, 2021, and within one year after "commencement of the action" in state court. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as **Exhibit A**.

2. <u>This Court Has Federal Question Jurisdiction Over the Action</u>. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which

may be removed to this Court by American Express pursuant to the provisions of 28 U.S.C. § 1441.

3.  Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law." Bright v. Bechtel Petroleum, Inc., 780 F.2d 766, 769 (1986) (citing Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust, 463 U.S. 1, 9 (1983)). Stated differently, claims "arise under" federal law when a "well-pleaded complaint establishes . . . that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law, in that federal law is a necessary element of one of the well-pleaded . . . claims." Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 808 (1988) (quoting Franchise Tax Bd., 463 U.S. at 13, 27–28) (internal quotation marks and citations omitted).

4.  *Pro se* Plaintiff does not clearly state his claim(s) in the Complaint. However, the Complaint in this action asserts "harm to my credit standing caused by my Gold card being cancelled." (Compl. at ¶ 17.) By alleging harm to his credit, Plaintiff can only be asserting a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") because the FCRA preempts any state laws that purport to govern the responsibilities of a furnisher of credit information under 15 U.S.C. § 1681t(b)(1) and there is no exception from preemption for any Pennsylvania state law. Accordingly, Plaintiff's claim must be predicated upon an alleged violation of federal law—the FCRA. Therefore, this Court has removal jurisdiction over this Action under 28 U.S.C. § 1331 because Plaintiff's FCRA claim arises under the laws of the United States.

5. <u>Consented To Removal Of This Action Is Unnecessary</u>. There are no other defendants named in this action requiring consent.

6. <u>Venue Is Proper In This Court</u>. This Court is the proper district court for removal because the Court of Common Pleas for Montgomery County, Pennsylvania is located within the United States District Court for the Eastern District of Pennsylvania. <u>See</u> 28 U.S.C. § 1441(a).

7. <u>Notice Will Be Effected</u>. Pursuant to 28 U.S.C. § 1446(d), American Express is concurrently filing a copy of this Notice of Removal with the Court of Common Pleas for Montgomery County, Pennsylvania, without exhibits. American Express will concurrently serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

| | |
|---|---|
| Dated: New York, New York<br>January 13, 2022 | STROOCK & STROOCK & LAVAN LLP<br><br>By: */s/Carol A. DiPrinzio*<br>    Carol A. DiPrinzio<br><br>Carol A. DiPrinzio<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: 212-806-5400<br>Email: cdiprinzio@stroock.com<br>Email: lacalendar@stroock.com<br><br>*Attorneys for American Express National Bank, named as American Express* |